# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **TYRONE W. HADLEY, JR.** | **NUMBER: 3:18-CV-00529** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RIVER BEND DETENTION CENTER ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Plaintiff Tyrone W. Hadley, Jr., a detainee at East Baton Rouge Parish Prison, filed a Complaint under 42 U.S.C. §1983 against the River Bend Detention Center, Warden Johnny Hedgemond, Robert Russell, Captain Poche, Terence Dismuke, and Lieutenant Cry. Hadley alleged he was forced to submit to a haircut on February 2, 2018, at the River Bend Detention Center in violation of his First Amendment religious rights.

In adopting in full the Report and Recommendation of the Magistrate Judge [Doc. No. 12], this Court notes Petitioner's claim is for damages and not for injunctive or prospective relief. Therefore, the holdings of *Ware v. Louisiana Department of Corrections,* 866 F.3d 263 (5th Cir. 2017) and *Holt v. Hobbs,* 135 S.Ct. 853 (2015) do not apply. The Religious Land Use and Institutionalized Persons Act (RLUIPA) does not apply to a claim for money damages. *Coleman v. Lincoln Parish Detention Center,* 858 F.3d 307 (5th Cir. 2017).

Additionally, all of Plaintiff's claims for money damages are barred by sovereign immunity granted to the State of Louisiana and state officials pursuant to the Eleventh Amendment.

Since this Court finds the findings of the Magistrate Judge are correct under applicable law, the Report and Recommendation [Doc. No. 12] is adopted in full.

Monroe, Louisiana, this 6th day of July, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**