# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TYRONE W. HADLEY, JR.** | **CIVIL ACTION NO. 18-0529** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RIVER BEND DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, and for the additional reasons set forth in this Court's Ruling, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tyrone W. Hadley, Jr.'s Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted.

MONROE, LOUISIANA, this 6th day of July, 2018.

                                                                                                   **TERRY A. DOUGHTY**
                                                                                              **UNITED STATES DISTRICT JUDGE**